## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Daryl Howard
                          Plaintiff,

v.
                                                 Case No.: 1:22–cv–04874
                                                 Honorable Gary Feinerman

Dollar Tree Stores, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2022:

      MINUTE entry before the Honorable Gary Feinerman: Rule 26(a)(1) disclosures shall be served by 12/5/2022. Written discovery requests shall be served by 12/19/2022. Motions to amend the pleadings and add new parties shall be filed by 5/1/2023. Fact discovery shall be completed by 8/28/2023. Dispositive motions shall be filed by 10/9/2023. This case is referred to Magistrate Judge Cole for discovery supervision. The status hearing set for 11/9/2022 [3] is stricken and re–set for 9/12/2023 at 9:00 a.m. By 9/5/2023, the parties shall file a joint status report: (1) confirming that discovery has been completed; (2) stating whether either side intends to move for summary judgment; (3) proposing a deadline to move for conditional certification of a collective action or class certification; (4) stating whether all parties would like a settlement conference with the Magistrate Judge; and (5) stating whether there is a need for the 9/12/2023 status hearing. The 11/21/2022 motion hearing [10] shall stand. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.