# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daryl Howard
                         Plaintiff,

v.                                             Case No.: 1:22−cv−04874
                                                    Honorable Virginia M. Kendall

Dollar Tree Stores, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. As stated on the record, the motion to reopen discovery [154] for purpose of two depositions only is granted. The deposition shall be approximately 1 hour each and shall take place at a location to accommodate opposing counsel. Depositions are to take place by 7/25/2025. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.