**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Daryl Howard
                                  Plaintiff,

v.                                                                              Case No.: 1:22−cv−04874
                                                                             Honorable Virginia M. Kendall

Dollar Tree Stores, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 7/23/2025. Defense Counsel reported Gerald Colone failed to appear for deposition as outlined in Motion for contempt [158]. Rule to Show Cause hearing is set for 7/30/2025 at 9:30 AM. Witness Gerald Colone is Ordered to appear for Rule to Show Cause set for 7/30/2025 at 9:30 AM. Witness Gerald Colone's failure to appear at Rule to Show Cause hearing set for 7/30/2025 can result in an arrest by the U.S. Marshal Service. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.