# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daryl Howard
        Plaintiff,

v.               Case No.: 1:22−cv−04874
               Honorable Virginia M. Kendall

Dollar Tree Stores, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2025:

  MINUTE entry before the Honorable Virginia M. Kendall: Jury deliberations continued on 9/15/2025. The jury reached a unanimous verdict. Jury trial concluded. Enter verdict. Emailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.